Carly M. Roman (SBN: 349895)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Attorney for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VIVIAN TAYLOR**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EARNIN US1** d/b/a **EARNIN** and **ACTIVEHOURS, INC.** d/b/a **EARNIN**,<br><br>Defendants. | Case No. 5:26-cv-06673<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vivian Taylor hereby gives notice that her claims in this action against Defendant Earnin US1 LLC d/b/a Earnin and Activehours, Inc. d/b/a EarnIn, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 24, 2026

By: */s/ Carly M. Roman*

Carly M. Roman (SBN: 349895)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*